UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.,     Bankruptcy Case No. 6:08-bk-4327-KSJ

Debtor.
_____/     Case No.: 6:09-cv-1658-MSS

RACHLIN COHEN & HOLTZ, LLP,

Appellant,

v.

MIRABILIS VENTURES, INC.,

Appellee.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04 (c), I certify that the instant action:

__X__    IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

| Related District Court and State Court cases: | | |
|---|---|---|
| Hendricks et al v. Mirabilis Ventures, Inc. et al | U.S. Dist. Ct., M.D. Fla. | 8:07-cv-00661-VMC-EAJ |
| Mirabilis Ventures, Inc. et al. v. Palaxar Group, LLC et al. | U.S. Dist. Ct., M.D. Fla. | 6:07-cv-01788-JA-GJK |
| U.S. v. Amodeo | U.S. Dist. Ct., M.D. Fla. | 6:08-cr-00176-JA-GJK-1 |
| U.S. v. AEM, Inc., Mirabilis Ventures, Inc., et al. | U.S. Dist. Ct., M.D. Fla. | 6:08-cr-00231-JA-KRS |
| Hoth Holdings, LLC | U.S. Dist. Ct., M.D. Fla. | 6:08-cr-00231-JA-KRS-3 |
| United States of America v. Real Property, including any buildings, appurtenances, and improvements theron, located at 614 Lake Ave., Orlando, Florida | U.S. Dist. Ct., M.D. Fla. | 6:08-cv-00670-MSS-KRS |
| Mirabilis Ventures, Inc. et al v. Rachlin, Cohen & Holtz, LLP et al. | U.S. Dist. Ct., M.D. Fla. | 6:09-cv-00271-GAP |

| Mirabilis Ventures, Inc. et al v. Berman, Kean & Riguera, P.A., et al | U.S. Dist. Ct., M.D. Fla. | 6:09-cv-00175-GAP |
|---|---|---|
| Forge Capital Partners v. Mirabilis Ventures, Inc. | U.S. Dist. Ct., M.D. Fla. | 6:09-cv-1659-MSS |
| Forge Capital Partners v. Hoth Holdings, LLC | U.S. Dist. Ct., M.D. Fla. | 6:09-cv-1660-MSS |
| **Related Adversaries in the Main Bankruptcy case (6:08-bk-4327-KSJ):** | | |
| Mirabilis Ventures, Inc. v. Rachlin Cohen & Holtz, LLP et al. | U.S. Bankr. Ct. M.D. Fla. | 6:08-ap-00223-KSJ |
| Mirabilis Ventures, Inc. v. Buchanan, Ingersol & Rooney, P.L. et al | U.S. Bankr. Ct. M.D. Fla. | 6:08-ap-00227-KSJ |
| Mirabilis Ventures, Inc. et al v. Berman, Kean & Riguera, P.A., et al | U.S. Bankr. Ct. M.D. Fla. | 6:08-ap-00222-KSJ |

____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated this 13th day of October 2009.

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of Mirabilis Ventures, Inc.'s **Notice of Pendency of Other Actions** has been furnished electronically or by U.S. First Class mail, postage prepaid, to: Mirabilis Ventures, Inc., c/o R. W. Cuthill, Jr., 341 N. Maitland Avenue, Suite 210, Maitland, Florida 32751; Joseph A. DeMaria, Esq., Tew Cardenas, LLP, 1441 Brickell Avenue, 15th Floor, Miami, Florida 33131; and to the Office of the United States Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this 13th day of October 2009.

/s/ Mariane L. Dorris
Mariane L. Dorris, Esq.
Florida Bar No.: 0173665
Latham, Shuker, Eden & Beaudine, LLP
390 North Orange Avenue, Ste. 600
Orlando, Florida 32801
Telephone: (407) 443-4425
Facsimile: (407) 481-5800
Attorney for Mirabilis Ventures, Inc.