# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re: Mirabilis Ventures, Inc., Debtor.**

**RACHLIN COHEN & HOLTZ, LLP, et al,**
        **Appellants,**

-vs-                                                  **Case No. 6:09-cv-1658-Orl-31**

**MIRABILIS VENTURES, INC.**

        **Appellee.**
_____/

# ORDER

This matter comes before the Court *sua sponte*. In this consolidated case, Appellants Rachlin Cohen & Holtz, LLP and Forge Capital Partners have yet to file their opening briefs from case number 6:09-cv-1658 and case number 6:09-cv-1659, respectively. Pursuant to Fed.R.Bankr.P. 8009(a) and Fed.R.Bankr.P. 8010(c), the Court sets the following schedule and page limits for those briefs:

    Appellants' opening brief(s) of 30 pages or fewer:    due February 19, 2010

    Appellee's answer brief of 30 pages or fewer:      due 14 days after opening brief(s)

    Appellants' reply brief(s) of 10 pages or fewer:      due 10 days after answer brief(s)

    Forge Capital Partners has filed an opening brief in case number 6:09-cv-1660. Its reply

brief will be due 10 days after the Appellee files its answer, which is due Monday, February 8, 2010. (Those briefs should be filed in this case, not 6:09-cv-1660.)

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 5, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party