UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No.: 6:09-cv-01658-GAP |
| MIRABILIS VENTURES, INC., | Bkry. Case No.: 6:08-bk-04327-KSJ |
| Debtor. | |
| _____/ | |
| RACHLIN COHEN & HOLTZ LLP, et al. | Consolidated |
| Appellants, | Case No.: 6-09-cv-01658-GAP |
| v. | |
| MIRABILIS VENURES, INC., | |
| Appellee. | |
| _____/ | |

NOTICE OF FILING AFFIDAVIT OF R.W. CUTHILL, JR. IN
SUPPORT OF MOTION TO DISMISS CONSOLIDATED APPEALS

MIRABILIS VENTURES, INC. ("Mirabilis"), by and through its undersigned counsel, hereby gives notice of filing of AFFIDAVIT OF R.W. CUTHILL, JR. IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED APPEALS, a copy of which is attached hereto.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission and/or U.S. First Class mail, postage prepaid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Joseph A. DeMaria, Tew Cardenas LLP, Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131; Bart R. Valdes, Esq., deBeubien, Knight, Simmons, Mantzaris & Neal, LLP, 609 W. Horatio Street, Tampa, FL 33606; David H. Simmons, Esq., deBeubien, Knight, Simmons, Mantzaris & Neal, LLP , 322 North Magnolia Avenue, P.O. Box

87, Orlando, Florida 32801; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 on this 8th day of February 2010.

/s/ Mariane L. Dorris
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
Mariane L. Dorris
Florida Bar No. 0173665
mdorris@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for Mirabilis Ventures, Inc.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          Case No.: 6:09-cv-01658-GAP

MIRABILIS VENTURES, INC.,                       Bkry. Case No.: 6:08-bk-04327-KSJ

Debtor.

_____/

RACHLIN COHEN & HOLTZ LLP,
et al.                                          Consolidated

Appellants,                                     Case No.: 6-09-cv-01658-GAP

v.

MIRABILIS VENURES, INC.,

Appellee.

_____/


AFFIDAVIT OF R.W. CUTHILL, JR. IN
SUPPORT OF MOTION TO DISMISS CONSOLIDATED APPEALS


STATE OF FLORIDA       )
                       )SS:
COUNTY OF ORANGE       )


Before me personally appeared R.W. Cuthill, Jr., and who, after being duly sworn,

deposed and said:

1.      I am currently the President and sole director of Mirabilis Ventures, Inc., the

Liquidating Debtor, a Nevada corporation ("Liquidating Debtor"), and have held that position

since October 27th 2009.

2.      Prior to October 27, 2009, I was the President of Mirabilis Ventures, Inc., a Nevada corporation ("Mirabilis"), and had held that position since May 27, 2008.

3.      On May 27, 2008, Mirabilis and Hoth Holdings, LLC ("Hoth") filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code (the "Petition Date"). On June 5, 2008, AEM, Inc. ("AEM") also filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.  The bankruptcy cases are styled as follows: (i) *In re: Mirabilis Ventures, Inc.*, case no. 6:08-bk-04327-KSJ (the "Mirabilis Bankruptcy Case"); (ii) *In re: Hoth Holdings, LLC*, case no. 6:08-bk-04328-KSJ (the "Hoth Bankruptcy Case"); and (iii) *In re: AEM, Inc.*, case no. 6:08-bk-04681-KSJ (the "AEM Bankruptcy Case") (collectively, Mirabilis, Hoth and AEM shall be referred to as "Debtors").

4.      I have firsthand knowledge and am familiar with the matters described herein including:   (a) the Joint Amended Plan of Liquidation submitted by Mirabilis, Hoth Holdings, LLC ("Hoth") and AEM, Inc. ("AEM"), dated as of August 14, 2009, and as modified on October 15, 2009 (collectively, the "Plan"); (b) the order confirming the Plan, dated October 27, 2009 (the "Confirmation Order"); (c) all actions of the Liquidating Debtor since the confirmation of the Plan.[1]

5.      Pursuant to the Plan and Confirmation Order, the following events have taken place:

a.      The Liquidating Debtor has continued to operate its business and manage its property as set forth in the Plan and Confirmation Order;

---

[1] Terms capitalized in this affidavit shall have the same meaning as used in the Plan, Confirmation Order and the Motion to Dismiss, unless such terms are defined differently herein.

b.      The pre-confirmation entities known as Mirabilis, Hoth and AEM have been merged into the single, post-confirmation Liquidating Debtor, known as Mirabilis;

c.      All real and personal property of the Debtors, including causes of action, have been transferred to the Liquidating Debtor;

d.      The equity interests in the Debtors have been cancelled, and the common stock in the Liquidating Debtor and the ownership of such stock has vested in the Stock Trust to be held in trust for the benefit of the Holders of Allowed Class 2 Claims;

e.      The pre-confirmation board of directors has resigned, and the Liquidating Debtor has appointed me to serve as the sole director and president of Mirabilis;

f.      The administrative claims of the Mirabilis Bankruptcy Case, Hoth Bankruptcy Case and AEM Bankruptcy Case have been approved by the Bankruptcy Court and partially paid by the Liquidating Debtor;

g.      The Liquidating Debtor has rejected all of the Debtors' pre-petition lease and executory contracts; and

h.      The Liquidating Debtor has continued the prosecution of objections to claims which so far have resulted in approximately twenty (20) final orders adjudicating the rights of third parties with respect to claims against the Liquidating Debtor.

6.      By the foregoing actions, the Liquidating Debtor has substantially consummated its Plan.

Further affiant sayeth not.

3

**MIRABILIS VENTURES, INC.,**
**a Nevada corporation**

By: _____
     R.W. Cuthill, Jr., President *AND NOT AS*
     *AN INDIVIDUAL*


STATE OF FLORIDA     )
                     )SS:
COUNTY OF ORANGE  )

Sworn to and subscribed before me this 8th day of February 2010, by **R.W.**

**Cuthill, Jr.,** who is personally known to me.

_____
Signature of Person Taking Acknowledgment

Print Name: _Brenda Kitch_
Title: Notary Public
Serial No. (if any) _DD824621_

Commission Expires: _11/15/2012_

BRENDA KITCH
MY COMMISSION # DD824621
EXPIRES: November 15, 2012

[NOTARY STAMP]

4