UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In re:**

**MIRABILIS VENTURES, INC.**     Bankruptcy Case No. 6:08-bk-04327-KSJ

    Debtor.

_____/

**RACHLIN COHEN & HOLTZ LLP,**
et al.                                                     Consolidated Appellate

    Appellants,                                  Case No. 6:09-cv-01658-GAP

v.

**MIRABILIS VENTURES, INC.**

    Appellee.

_____/

**APPELLANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

    Appellants, FORGE CAPITAL PARTNERS, LLC f/k/a MORECO PARTNERS, LLC, ARGENT CAPITAL ADVISORS, LLC f/k/a ATLANTIC AMERICAN CAPITAL ADVISORS, LLC, ATLANTIC AMERICAN CAPITAL GROUP, LLC, ARGENT BD, LLC, ARGENT BD TRANSITION, LLC, ROBERT MOREYRA, PETER COLLINS, BISON MORTGAGE CORP., and SOLUTIONS FUNDING, INC., (hereinafter referred to cumulatively as "Appellants"), by and through their undersigned attorneys, and pursuant to the *Federal Rules of Civil Procedure*, and the Local Rules, hereby file this Unopposed Motion for Enlargement of Time to file their Reply Brief and their Response in Opposition to Appellee's Motion to Dismiss Consolidated Appeals and state as follows:

1

## BACKGROUND FACTS

This matter is an appeal from a bankruptcy proceeding involving Mirabilis Ventures, Inc. ("Mirabilis"), and its wholly-owned and controlled subsidiary, Hoth Holdings, LLC ("Hoth"). Mirabilis filed for Chapter 11 bankruptcy in the United States Bankruptcy Court in the Middle District of Florida (In re: Mirabilis, Case Number 6:08-bk-4327-KSJ, United States Bankruptcy Court for the Middle District of Florida). Additionally, Hoth filed for Chapter 11 bankruptcy in the United States Bankruptcy Court in the Middle District of Florida (In re: Hoth Holdings, LLC, Case Number 6:08-bk-4328-KSJ, United States Bankruptcy Court for the Middle District of Florida). Appellants are creditors and/or adversary defendants in the Hoth and/or Mirabilis cases.

On October 3, 2008, Appellants filed Motions to Dismiss in the Mirabilis and Hoth bankruptcy cases and joined in a Motion to Dismiss filed by the United States of America. On or about April 23, 2009, Rachlin Cohen & Holtz LLP, Laurie S. Holtz and Jose I. Marrero (collectively, "Rachlin"), who are other creditors in the Mirabilis bankruptcy case, also filed a Motion to Dismiss the Mirabilis bankruptcy case. On August 26, 2009, the Bankruptcy Court denied Appellants' and Rachlin's Motions to Dismiss on findings of facts and conclusions of law that were made without an evidentiary hearing.

On September 14, 2009, Appellants timely filed Notices of Appeal in the Mirabilis and Hoth bankruptcy cases. On or about September 29, 2009, the appeals were transmitted to this Court as Case No. 6:09-cv-01659 and Case No. 6:09-cv-01660, respectively. Because Appellants had filed identical Motions to Dismiss in both the Hoth and the Mirabilis bankruptcy cases, the Court entered an Order dated October 21, 2009, stating that both appeals (Case No. 6:09-cv-01659 and Case No. 6:09-cv-01660) would be considered together. Accordingly, Appellants

filed a single Initial Brief for both Case No. 6:09-cv-01659 and Case No. 6:09-cv-01660 on December 14, 2009.

Rachlin filed a Notice of Appeal on September 14, 2009, which was transmitted to this Court on or about September 29, 2009, as Case No. 6:09-cv-01658. On or about February 3, 2010, with the consent of all parties, the Appellants' consolidated cases (Case No. 6:09-cv-01659 and Case No. 6:09-cv-01660) were again consolidated by this Court. The Rachlin appeal, Case No. 6:09-cv-01658, was designated as the lead case.

On February 5, 2010, this Court issued an Order containing a briefing schedule that requires the Appellants to file a Reply Brief ten (10) days after Appellee files its Answer Brief. Appellee filed its Answer Brief on February 8, 2010, thereby making Appellants' Reply Brief due on February 22, 2010.[1] Rachlin's Initial Brief, however, is not due until February 19, 2010. In light of the fact that all three appeals have been consolidated and will be heard together, and in the interest of scheduling uniformity, Appellants seek to be placed on the same future briefing schedule as Rachlin. As such, Appellants are asking that they be permitted to file their Reply Brief at the same time that as Rachlin.

Also, on February 5, 2010, Appellee filed its Motion to Dismiss Consolidated Appeals and Incorporated Memorandum of Law. Appellants' Response in Opposition to Appellee's Motion to Dismiss Consolidated Appeals is due on February 19, 2010. Due to other matters requiring the attend of counsel for the Appellants, the Appellants seek an enlargement of time until March 5, 2010, to file and serve their Response in Opposition to Appellee's Motion to Dismiss Consolidated Appeals.

## ARGUMENT

**I. APPELLANTS HAVE DILIGENTLY WORKED TO MOVE THIS MATTER FORWARD AND THERE EXISTS GOOD CAUSE FOR AN EXTENSION OF THE DEADLINE TO SERVE THE REPLY BRIEF AND THE RESPONSE IN OPPOSITION TO APPELLEE'S MOTION TO DISMISS CONSOLIDATED APPEALS.**

Appellants have complied with all prior deadlines and extensions thereof. The extensions sought herein are needed to allow Appellants to properly complete their Reply Brief and their Response in Opposition to Appellee's Motion to Dismiss Consolidated Appeals. Appellants did not receive the Court's scheduling Order dated February 5, 2010, until February 15, 2010. Additionally, other more emergent matters have required the attention of the undersigned counsel. Insofar as all three (3) cases have been consolidated and will be heard together, placing Appellants and the Rachlin co-appellants on the same briefing schedule will establish uniform deadlines. Moreover, neither extension will result in any undue delay nor cause any prejudice to any of the parties to this matter. Lastly, Appellee has no objection to the requested extensions.

## CONCLUSION

Appellants request that the Court move the deadline for the filing of Appellants' Reply Brief to the same date as when Rachlin's Reply Brief will be due. Appellants further ask the Court for an extension until March 5, 2010, to file and serve their Response in Opposition to Appellee's Motion to Dismiss Consolidated Appeals in this matter. For the reasons set forth above, Appellants have shown good cause why these deadlines should be extended.

---

[1] The Appellants did not received electronic service of this Order and were only recently made aware of the Order. It appears that although the cases were consolidated they were not "associated" within the CM/ECF filing system until after the Order was entered.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned counsel for the Appellants hereby certifies that he received written confirmation from opposing counsel on February 19, 2010, confirming that the Appellee does not have any objection to the relief requested.

                                               s/ Bart R. Valdes
                                               BART R. VALDES
                                               Florida Bar Number 323380

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2010, a true copy of the foregoing has been furnished via the CM/ECF system to Scott Shuker, Esq., Latham, Shuker, Barker, Eden & Beaudine, 390 North Orange Avenue, Suite 600, Orlando, Florida 32801, and all others receiving electronic notice as per the attached matrix.

                                       /s/ Bart R. Valdes
                                       DAVID H. SIMMONS, ESQ.
                                       Florida Bar Number 240745
                                       deBeaubien, Knight, Simmons,
                                        Mantzaris & Neal, LLP
                                       332 North Magnolia Avenue
                                       Orlando, Florida 32802-0087
                                       Telephone: (407) 422-2454
                                       Facsimile: (407) 849-1845
                                       dhs77@dbksmn.com

                                       BART R. VALDES
                                       Florida Bar Number 323380
                                       de Beaubien, Knight, Simmons,
                                       Mantzaris & Neal, LLP
                                       609 West Horatio Street
                                       Tampa, Florida  33606
                                       Telephone: (813) 251-5825
                                       Facsimile: (813) 254-1063
                                       brv11@dbksmn.com
                                       Attorneys for Appellants